**MILLER et al. v. PUBLIC SERVICE CO-ORDINATED TRANSPORT.**

No. 8405.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 18, 1944.

Decided Jan. 28, 1944.

Elsie L. White, of Jersey City, N. J. (Morris M. Ravin, of Newark, N. J., and Louis Steisel, of Jersey City, N. J., on the brief), for appellants.

Henry J. Sorenson, of Newark, N. J. (Henry H. Fryling and William H. Speer, both of Newark, N. J., on the brief), for appellee.

Before JONES and McLAUGHLIN, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

The sole question on this appeal is raised by an assignment that the trial judge erred in refusing to admit in evidence a judgment entered by a New Jersey State Court (Second Judicial District of Essex County) in a suit by a different party against the same defendant for property damages growing out of the same accident for which the present plaintiff brought suit in the court below for personal injuries. The earlier judgment was in no sense res adjudicata of the defendant's alleged negligence so far as it was material to the instant case. No complaint is otherwise made either as to the trial or submission of the question of the defendant's alleged negligence.

The judgment of the District Court is affirmed.